

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00010-CV

Brian A. **JONES**,
Appellant

v.

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV04875
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellee's brief was originally due on August 10, 2022. When we granted Appellee's first motion for an extension of time to file the brief, we set the brief due on September 9, 2022. *See* TEX. R. APP. P. 38.6(b), (d). Before the once-extended due date, Appellee filed an unopposed second motion for a 30-day extension of time to file the brief.

Appellee's motion is **granted**. Appellee's brief is due on October 9, 2022. Further requests for extension of time will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court